IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:06cv43

| | |
|---|---|
| DAVID T. WILSON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) [Doc. 25] is **GRANTED** to the extent that the Plaintiff is hereby awarded a total of $3,118.75 in attorney's fees.

Signed: August 5, 2009

Martin Reidinger
United States District Judge