IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:06cv43

| | |
|---|---|
| DAVID T. WILSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## AMENDED JUDGMENT

For the reasons set forth in the Memorandum of Decision and Order filed herewith,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Reconsider the Order for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) [Doc. 28] is **GRANTED**, and the Plaintiff is hereby awarded a total of $4,271.44 in attorney's fees.

Signed: September 9, 2009

Martin Reidinger
United States District Judge